# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | CR NO: 2:11-cr-449 KJM |
| ) | |
| BRYAN R. SCHWEDER, et al. ) | |
|     Defendants. ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ☒ Ad Prosequendum         ☐ Ad Testificandum.

Name of Detainee: **PAUL BRUCE ROCKWELL, Booking No. 3064060**
Detained at (custodian): LA County Sheriff's Department
        North County Correctional Facility
        29340 The Old Road, Castaic, CA 92384

Detainee is:   a.)   ☒ charged in this district by:
        ☒ Indictment     ☐ Information     ☐ Complaint
        Charging Detainee With:

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California for arraignment on conspiracy to manufacture marijuana plants resulting in this indictment.*

Signature: /s/ Samuel Wong
Printed Name & Phone No: **Samuel Wong, AUSA, 916-554-2772**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
        ☒ Ad Prosequendum         ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, PAUL BRUCE ROCKWELL, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 11, 2012

EDMUND F. BRENNAN
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | Booking No. 3064060 | DOB: | 12/31/70 |
| Facility Address: | 29340 The Old Road | Race: | White |
| | Castaic, CA 92384 | FBI #: | |
| Facility Phone: | 661-295-7800 | | |
| Currently Incarcerated For: | Conspiracy to Manufacture Marijuana Plants | | |

## RETURN OF SERVICE

Executed on _____ by _____
        (Signature)

Form Crim-48          Revised 11/19/97